EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Félix J. Montañez Miranda | Querella<br><br>2002 TSPR 135<br><br>157 DPR _____ |

Número del Caso: CP-2001-8


Fecha: 8/octubre/2002


Oficina del Procurador General:
                        Lcda. Minnie H. Rodríguez López
                        Procuradora General Auxiliar


Abogado de la Parte Querellada:
                        Lcdo. Víctor P. Miranda Corrada


Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Félix J. Montañez Miranda

CP-2001-8

RESOLUCION
(Nunc Pro Tunc)

San Juan, Puerto Rico, a 8 de octubre de 2002.

Se enmienda Nunc Pro Tunc nuestra Sentencia dictada el 18 de junio de 2002 para que se elimine la palabra "Interina" en el párrafo de la página 2 para que lea como sigue:

"Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino. Los Jueces Asociados señores Corrada del Río y Rivera Pérez inhibidos.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo"

**Publíquese**.

Así lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo